

# NUMBER 13-11-00251-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE HERSHEL PRICE AND THE TEXAS MEDICAL BOARD

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]**

Relators, Hershel Price and the Texas Medical Board, filed a "Conditional Petition for Emergency Writ of Mandamus" on April 18, 2011. Relators have now filed a motion to dismiss this original proceedings on grounds that the parties have resolved their dispute.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the motion to dismiss, is of the opinion that the motion should be granted.   Accordingly, we GRANT the motion to dismiss and DISMISS this original proceeding without regard to the merits.


PER CURIAM


Delivered and filed the
20th day of April, 2011.